# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WOODROW W. HOLLINS & SHENORVIE HOLLINS  Case Number: 07-73167
2117 AUTUMN LANE  SSN-xxx-xx-4412 & xxx-xx-7316
DEKALB, IL  60115

Case filed on: 12/30/2007
Plan Confirmed on: 6/27/2008
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $9,780.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | GARY L. SHILTS | 3,474.00 | 3,474.00 | 2,000.00 | 0.00 |
|  | Total Legal | 3,474.00 | 3,474.00 | 2,000.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 30,188.59 | 30,188.59 | 3,102.24 | 0.00 |
| 018 | ILLINOIS DEPARTMENT OF REVENUE | 537.60 | 537.60 | 55.24 | 0.00 |
|  | Total Priority | 30,726.19 | 30,726.19 | 3,157.48 | 0.00 |
| 999 | WOODROW W. HOLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 17,959.00 | 17,959.00 | 922.05 | 1,080.98 |
| 002 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 17,273.81 | 17,077.00 | 771.65 | 1,157.56 |
| 003 | EVERHOME MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 35,232.81 | 35,036.00 | 1,693.70 | 2,238.54 |
| 001 | CAPITAL ONE AUTO FINANCE | 997.10 | 49.86 | 0.00 | 0.00 |
| 002 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 0.00 | 9.84 | 0.00 | 0.00 |
| 004 | JEFFERSON CAPITAL SYSTEMS, LLC | 798.67 | 39.93 | 0.00 | 0.00 |
| 005 | ASPIRE / CB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 4,934.57 | 246.73 | 0.00 | 0.00 |
| 008 | CAPITAL ONE BANK (USA) NA | 2,023.38 | 101.17 | 0.00 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 489.65 | 24.48 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 16,780.03 | 839.00 | 0.00 | 0.00 |
| 011 | LHR INC | 2,290.42 | 114.52 | 0.00 | 0.00 |
| 012 | MERRICK BANK | 1,534.56 | 76.73 | 0.00 | 0.00 |
| 013 | NCO FIN 02 | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PARAMOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RRCA ACCOUNTS MANAGEMENT | 497.24 | 24.86 | 0.00 | 0.00 |
| 016 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AMERICASH LOANS LLC | 687.05 | 34.35 | 0.00 | 0.00 |
| 018 | ILLINOIS DEPARTMENT OF REVENUE | 1,377.34 | 68.87 | 0.00 | 0.00 |
| 019 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 32,410.01 | 1,630.34 | 0.00 | 0.00 |
|  | Grand Total: | 101,843.01 | 70,866.53 | 6,851.18 | 2,238.54 |

Total Paid Claimant:      $9,089.72
Trustee Allowance:        $690.28        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009        By  /s/Heather M. Fagan